UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KATHRYN JONES,

       Plaintiff,

                                                   Case No. 12-CV-11192
v.                                         HON. GEORGE CARAM STEEH

SALLY HARRISON, individually
and in her official capacity as
Housing Choice Voucher Supervisor
of the Michigan State Housing
Development Authority and
MICHIGAN STATE HOUSING
DEVELOPMENT AUTHORITY,

       Defendants.

_____/

## ORDER EXTENDING ORDER GRANTING IN PART PLAINTIFF'S EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER

On March 16, 2012, plaintiff filed a complaint and an emergency motion for a temporary restraining order. Plaintiff argues she was denied her due process rights when her Section 8 voucher benefits were terminated without a hearing. On April 5, 2012, following a hearing, the court issued an order granting in part plaintiff's emergency motion for a temporary restraining order. The court ordered that plaintiff's voucher shall be reinstated for the month of April for purposes of making April's rent payment to plaintiff's landlord, defendants shall afford plaintiff an informal hearing on the issues raised in the violation notice by the end of April 2012, and the parties shall appear for a hearing on plaintiff's request for a preliminary injunction on April 30, 2012. Today, the parties

appeared before the court and informed the court that an administrative hearing was initiated on April 25, 2012 and that the hearing has been continued to May 18, 2012. The parties also informed the court that rent payments should continue to plaintiff's landlord while the administrative proceeding is ongoing. The court instructs that those rent payments are to be made while the administrative proceeding is pending and sets a telephone status conference for May 29, 2012 at 8:45 a.m.

    IT IS SO ORDERED.

Dated: April 30, 2012

                              s/George Caram Steeh
                              GEORGE CARAM STEEH
                              UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
April 30, 2012, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk

---