UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KATHRYN JONES,

        Plaintiff,

v.

        Case No. 12-CV-11192
        HON. GEORGE CARAM STEEH

SALLY HARRISON, individually and in her official capacity as Housing Choice Voucher Supervisor of the Michigan State Housing Development Authority and MICHIGAN STATE HOUSING DEVELOPMENT AUTHORITY,

        Defendants.
_____/

## ORDER DISMISSING CASE

On March 16, 2012, plaintiff filed a complaint and an emergency motion for a temporary restraining order. Plaintiff argues she was denied her due process rights when her Section 8 voucher benefits were terminated without a hearing. Today, the parties reported that a hearing took place before the administrative law judge on June 21, 2012 and the parties await a decision from that hearing. The parties consented to this court's determination that the completion of the hearing appears to moot plaintiff's due process claim. Accordingly, the plaintiff's complaint is dismissed without prejudice.

    IT IS SO ORDERED.

Dated: June 26, 2012

        s/George Caram Steeh
        GEORGE CARAM STEEH
        UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on June 26, 2012, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk